**UNITED STATES of America, Plaintiff–Appellee**

v.

**Duane L. KUYPER, individually and as Trustee of Kuyper Family Living Trust; Mary L. Kuyper, individually and as Trustee of Kuyper Family Living Trust, Defendants–Appellants**

**Kuyper Family Living Trust; Raymond Ehrman; Vision Unlimited, Defendant.**

No. 13–3545.

United States Court of Appeals, Eighth Circuit.

Submitted: Sept. 10, 2014.

Filed: Sept. 18, 2014.

Daniel Applegate, Kenneth W. Rosenberg, Bridget Maria Rowan, U.S. Department of Justice, Washington, DC, for Plaintiff–Appellee.

Duane L. Kuyper, Stickney, SD, pro se.

Mary L. Kuyper, Stickney, SD, pro se.

Before LOKEN, MURPHY, and GRUENDER, Circuit Judges.

---

1. The Honorable Linda R. Reade, Chief Judge, United States District Court for the Northern District of Iowa.

PER CURIAM.

Duane and Mary Kuyper appeal the district court's [1] entry of default judgment against them as a sanction for failing to appear at their noticed depositions. Following careful review of the record and the parties' briefs, we conclude that, for the reasons explained in the district court's order, the court did not abuse its discretion. *See* Fed.R.Civ.P. 37(d); *Int'l Bhd. of Elec. Workers, Local Union No. 545 v. Hope Elec. Corp.*, 380 F.3d 1084, 1105 (8th Cir.2004) (standard of review). Accordingly, we affirm. *See* 8th Cir. R. 47B.

1. The Honorable Richard G. Kopf, United States District Judge for the District of Nebraska, sitting by designation in the District of South Dakota.